# United States Navy-Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Kyle M. INES**
Seaman (E-3), U.S. Navy.
Appellant

**No. 201900013**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 17 April 2019.

Military Judge:
Captain Jonathan T. Stephens, JAGC, USN.

Sentence adjudged 6 September 2018 by a general court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, forfeiture of all pay and allowances, confinement for 6 years,[1] and a dishonorable discharge.

For Appellant:
*Commander Robert D. Evans, JAGC, USNR.*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1]The Convening Authority suspended confinement in excess of 36 months pursuant to a pretrial agreement.

Before FULTON, HITESMAN, and GERDING,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court